Jordon R. Harlan (CA #273978)
**HARLAN HILLIER DIGIACCO LLP**
701 Island Avenue, Second Floor
San Diego, California 92101
Telephone: (619) 330-5120
Facsimile: (619) 839-3895
jordon@hhdlaw.com

Zack S. Kaylor (*Pro Hac Vice)*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
zkaylor@johnsonbecker.com

***Attorneys for Plaintiffs***

Jennifer J. Lee (SBN #203774)
**HUSCH BLACKWELL LLP**
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (510) 768-0633
Facsimile: (510) 768-0651
jennifer.lee@huschblackwell.com

***Attorney for Defendant Peloton Interactive, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SEYED NAVIDPOUR and PARVANEH NAVIDPOUR, individually, and as guardians and next friends of L.N., a minor,

*Plaintiffs*,

v.

PELOTON INTERACTIVE, INC., a Delaware Corporation,

*Defendant*.

Case No.: 3:26-cv-10768-CRB

**JOINT STIPULATED REQUEST FOR ORDER ~~EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES~~ AND [~~PROPOSED~~] ORDER**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Seyed Navidpour and Parvaneh Navidpour, individually and as guardians and next friends of L.N., a minor (hereinafter "Plaintiffs"), and Defendant Peloton Interactive, Inc. (hereinafter "Peloton") (collectively, the "Parties"), by and through their undersigned counsel, stipulate and respectfully request an order extending Peloton's deadline to answer or otherwise respond to the Complaint and continuing the Initial Case Management Conference and related deadlines, as follows:

WHEREAS, Plaintiffs initiated this lawsuit on September 21, 2026, by filing an initial Complaint against Peloton, and the Complaint was served on Peloton on September 29, 2026 (ECF No. 10);

WHEREAS, on October 21, 2026, the Parties filed a Joint Stipulation to Extend Time to Respond to Initial Complaint (ECF No. 15), extending Peloton's response deadline from October 20, 2026, to November 19, 2026;

WHEREAS, Peloton's current deadline to answer or otherwise respond to the Complaint is November 19, 2026;

WHEREAS, the Parties stipulate to extend the answer deadline by an additional thirty (30) days, up to and including December 21, 2026.

WHEREAS, this is the Parties' second requested extension. The extension is made in good faith and not for the purpose of undue delay;

WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 5), setting the Initial Case Management Conference and establishing ADR and initial discovery deadlines; on October 5, 2026, the Court reassigned the case to Judge Charles R. Breyer and vacated all scheduled hearing and trial dates, while leaving existing briefing schedules and other deadlines unchanged (ECF No. 11); and on October 7, 2026, the Clerk issued a notice setting the Initial Case Management Conference for January 15, 2027, at 8:30 a.m., with the Joint Case Management Statement due on January 8, 2027 (ECF No. 12);

WHEREAS, the Parties respectfully request a thirty (30) day continuance of the Initial Case Management Conference and an extension of the related deadlines, as set forth in the following table:

| **Case Management Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| ADR Certification Deadline | December 3, 2026 | January 4, 2027 |
| Meet-and-Confer Deadline Regarding Initial Disclosures, Early Settlement, ADR Process Selection, and Discovery Plan | December 3, 2026 | January 4, 2027 |
| Initial Disclosures Deadline | December 17, 2026 | January 19, 2027 |
| Joint Case Management Statement Deadline | January 8, 2027 | February 8, 2027 |
| Initial Case Management Conference | January 15, 2027, at 8:30 a.m. | ~~February 16, 2027, or~~ the next available date convenient for the Court |

February 19, 2027 at 8:30 a.m. by video conference

WHEREAS, good cause exists because Plaintiffs' counsel has agreed to provide documents supporting Plaintiffs' claims, and the Parties wish to evaluate the potential for early resolution before incurring Rule 26(f) and ADR costs;

WHEREAS, this Stipulated Request is made in good faith, is not sought for purposes of delay, and will not prejudice any party or unreasonably delay the resolution of this action, and the requested extensions will have minimal impact on the case schedule as the case has not been set for trial;

WHEREAS, the Parties have agreed to extend the time for Peloton to respond to the Complaint, continue the Initial Case Management Conference, and extend the related deadlines by thirty (30) days;

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, and subject to the Court's approval, that Peloton's deadline to answer or otherwise respond to the Complaint be extended to December 21, 2026, that the Initial Case Management Conference be continued to ~~February 16, 2027~~ February 19, 2026 at 8:30 a.m. by video conference, or the next available date convenient

for the Court, and that the related deadlines be extended as set forth in the table above. The Parties respectfully request that the Court enter the proposed order granting this relief.

Dated: November 19, 2026

Respectfully submitted,


/s/ *Jordon R. Harlan*
Jordon R. Harlan (CA #273978)
**HARLAN HILLIER DIGIACCO LLP**
701 Island Avenue, Second Floor
San Diego, California 92101
Telephone: (619) 330-5120
Facsimile: (619) 839-3895
jordon@hhdlaw.com

Zack S. Kaylor (*Pro Hac Vice)*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
zkaylor@johnsonbecker.com

***Attorneys for Plaintiffs***

/s/ *Jennifer J. Lee*
Jennifer J. Lee (SBN #203774)
**HUSCH BLACKWELL LLP**
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (510) 768-0633
Facsimile: (510) 768-0651
jennifer.lee@huschblackwell.com

***Attorney for Defendant***
***Peloton Interactive, Inc.***


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: November 20, 2026

United States District Judge